GREAT LAKES ENERGY PARTNERS, L.L.C., Appellant, v NRG-ERIE, INC., et al., Respondents. [855 NYS2d 385]—Appeal from a judgment (denominated order) of the Supreme Court, Seneca County (W. Patrick Falvey, A.J.), entered January 3, 2007. The judgment, inter alia, declared that defendant NRG-Erie, Inc. has exclusive leases for oil and gas on certain real property.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.